# Court of Appeals
# of the State of Georgia

ATLANTA, June 20, 2025

*The Court of Appeals hereby passes the following order*

### A25D0414. EDDIE DENHARDT D/B/A GEORGIA LIEN SERVICES v. VICTORY PARK INTOWN, INC.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

21GR000181



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, June 20, 2025.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*